Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Ocala Division

Plaintiff(s): Edward J. Gladney

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Stephens-Clements, C. Swain, D. Jones, C. Johnson, FNU Chavis

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:20-cv-00092-VMC-PRL
*(to be filled in by the Clerk's Office)*

(Amended Complaint)

(Jury Demanded)

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Edward JoRodge Gladney |
| All other names by which you have been known: | Shay |
| ID Number | 80179-279 |
| Current Institution | USP Coleman 2 |
| Address | P.O. Box 1034 |
| | Coleman, FL 33521 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | D. Jones |
| Job or Title (if known) | Unit Manager (I-2 Unit) |
| Shield Number | Unknown |
| Employer | F.B.O.P. - USP Coleman 2 |
| Address | P.O. Box 1029 |
| | Coleman, FL 33521 |

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | C. Johnson |
| Job or Title (if known) | Counselor (I-2 Unit) |
| Shield Number | Unknown |
| Employer | F.B.O.P. - USP Coleman 2 |
| Address | P.O. Box 1029 |
| | Coleman, FL 33521 |

[✓] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: (FNU) Chavis
Job or Title (if known): Case Management Coordinator
Shield Number: Unknown
Employer: F.B.O.P. - USP Coleman 2
Address: P.O. Box 1029
Coleman, FL 33521
City / State / Zip Code
☑ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: (FNU) Stephens-Clements
Job or Title (if known): Associate Warden (PEN 2)
Shield Number: Unknown
Employer: F.B.O.P. - USP Coleman 2
Address: P.O. Box 1029
Coleman, FL 33521
City / State / Zip Code
☑ Individual capacity   ☑ Official capacity

(See Extra Pages)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment: Retaliation and Access To Courts
Fifth Amendment: Due Process

Page 3 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants named herein are depriving me of, and allowing the violation of, my Constitutional Rights while employed with F.B.O.P.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

USP Coleman 2-(I-2 Unit)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

May 15, 2020, 8:00 a.m. EST

**D.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1) Between May 15, 2020 to Present, Unit Manager D. Jones retaliated against me due to previous lawsuits and my reputation of complaining to prison staff by issuing me a fabricated incident report, confining me to segregation for nearly 3 weeks, wrongfully participating in my disciplinary hearing by dictating the outcome and sanctions, refusing to re-assign me to a different caseload to avoid further retaliation, denying me the right to exhaust administrative remedies, and threatening me with further retaliation due to this civil action. (See Decl. and Aff.)
(See Extra Pages)

**V. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of enjoyment of life and liberties, continued mental pain and suffering, increased emotional distress and anxiety, insomnia, fright and shock, embarassment, humiliation, and irreparable harm due to continuing constitutional deprivations.

**VI. Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

D. Jones          $350,000.00/ and re-assign to H-2 Unit Caseload
C. Johnson        $300,000.00
Chavis            $350,000.00
Stephens-Clements $400,000.00/ and re-assign to H-2 Unit Caseload
C. Swain          $250,000.00/ and re-assign to H-2 Unit Caseload

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_USP Coleman 2, May 15 to Present_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_All Claims Herein_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____ N/A _____

2. What did you claim in your grievance?

   _____ N/A _____

3. What was the result, if any?

   _____ N/A _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I have requested Administrative Remedy forms from Defendant C. Johnson on at least 3 occasions and was denied those forms each time. (See Declaration and Affidavits attached hereto.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: A.W. Stephens-Clements via email on 6/10/20 at 6:08 pm, 6/10/20 at 6:54 pm, 6/17/20 at 8:30 pm; Case Management Coordinator Chavis via email on 6/26/20 at 8:49 pm; Warden C. Swain on 6/26/20 at 9:21 am via email; AW Stephens-Clements replied on 6/30/20 that "Request has been forwarded." No one else responded.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I and my sister have communicated to O.I.G these claims, and Senator Marco Rubio. We have also contacted USDOJ Special Litigation Section (CRIPA Enforcement) and My sister has sent letters to Wardens of USP Coleman 2.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) Please see "Declaration of E. Gladney" and "Affidavit of Edward JoRodge Gladney In Support of Civil Action" herewith.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S. District Court for District of Arizona, on 10/16/17 (No Copy of Order)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(If federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Edward J. Gladney_
   Defendant(s) _USA_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _United States District Court for the District of Arizona_

3. Docket or index number
   _17-cv-427-DCB-PSOT_

4. Name of Judge assigned to your case
   _Hon. David C. Bury_

5. Approximate date of filing lawsuit
   _August 20, 2017_

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Appealed

(See Extra Pages)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 6, 2020

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Edward JoRodge Gladney
Prison Identification #: 80179-279
Prison Address: P.O. Box 1034
Coleman, FL 33521
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

B. The Defendants (Continued)

Defendant No. 5
Name            C. Swain
Job or Title    Warden (PEN 2)
Shield Number   Unknown
Employer        F.B.O.P. - USP Coleman 2
Address         P.O. Box 1029
                Coleman, FL  33521
                ☑ Individual Capacity  ☑ Official Capacity

D. What are the facts underlying your claim(s)? (Continued)

2) Between June 3, 2020 to Present, Counselor C. Johnson estopped my lawful right to seek redress by refusing to issue me any Administrative Remedy forms to exhaust claims againsts other B.O.P. employees (as well as himself). (See Declarations and Affidavits)

3) Between June 26, 2020 to Present, Case Management Coordinator Chavis failed to act, intervene, or otherwise correct unconstitutional conditions/practices (First Amendment Rights violations) of Unit Manager D. Jones and Counselor C. Johnson after knowing of, or should have known of, those reported violations. (See Affidavit)

4) Between June 10, 2020 to Present, Associate Warden Stephens-Clements failed to act, intervene, or otherwise correct unconstitutional conditions/practices (First Amendment Rights violations) of Unit Manager D. Jones and Counselor C. Johnson after knowing of, or should have known of, those reported violations. (See Affidavit)

5) Between June 26, 2020 to Present, Warden C. Swain failed to act, intervene, or otherwise correct unconstitutional conditions/practices (First Amendment Rights violations) of Unit Manager D. Jones and Counselor C. Johnson after knowing of, those reported violations. (See Affidavit)

D. Other Lawsuits (Continued)

1. Parties to the previous lawsuit
   Plaintiff(s) Edward J. Gladney
   Defendant(s) Dallas Jones, J. Harter, USA, et.al.

2. Court
   U.S.D.C. for the Eastern District of Texas-
   Beaumont Division

3. Docket or index number
   1:18-cv-293

4. Name of Judge assigned to your case
   Thad Heartfield; Zack Hawthorn

5. Approximate date of filing lawsuit
   June 18, 2018

6. Is the case still pending?
   ☒ Yes
   ☐ No

7. What was the result of the case?
   Pending